UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-692

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On October 26, 2018, Plaintiffs filed an Amended Complaint. ECF No. 33. The filing of the Amended Complaint renders Defendant's motion to dismiss, ECF No. 23, **MOOT**. The Clerk is **DIRECTED** to remove ECF No. 23 from the Court's pending motions list.

IT IS SO ORDERED.

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT