UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-692

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Court held a status conference in this case on January 17, 2019. Counsel for all parties appeared and participated in the conference.

As stated at the conference, this case remains at a standstill pending mediation and further order of the Court. It is therefore **ORDERED** that Defendant's Motion to Stay Discovery, ECF No. 32, and Motion to Dismiss, ECF No. 38, continue to be **HELD IN ABEYANCE** pending mediation.

The parties are **DIRECTED** to confer and file joint recommendations by January 31, 2019, as to the model of the mediation and individuals who might serve as mediators.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

*/s/ Elizabeth A. Preston Deavers*
ELIZABETH P. DEAVERS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT