UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-692

Judge Michael H. Watson

Magistrate Judge Deavers

---

Steve Snyder Hill, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Court met with the parties on February 19, 2019. At the meeting, the Court ordered the parties to meet and confer on pending issues and file an update with the Court on the following matters:

- The parties shall present the Court with the name(s) of one or two mediators that the parties agree upon.

- The parties shall indicate whether there are any objections to consolidating Case Nos. 2:18-cv-692 and 2:18-cv-736, and whether they believe the

issue should be briefed.

- The parties in the 2:18-cv-692 case shall discuss the pending motion to clarify, modify, or amend the order granting in part and denying in part John Doe Plaintiffs' motion to proceed anonymously, ECF No. 64. The parties shall advise the Court whether and what issues remain for judicial resolution regarding this motion.

The parties shall file an update via a Joint Notice on the above matters on or before **March 12, 2019.**

**IT IS SO ORDERED.**

                                    */s/ Michael H. Watson*
                              **MICHAEL H. WATSON, JUDGE**
                              **UNITED STATES DISTRICT COURT**