IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Brian Garrett, <br> Edward Gonzales, <br> Kent Kilgore, <br> Adam Plouse, and <br> John Does 1-35, individually and <br> on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> The Ohio State University, <br><br> Defendant. | Case No. 2:18-cv-00692 <br><br> Judge Michael H. Watson <br><br> Chief Magistrate Judge Elizabeth P. Deavers |

**JOINT MOTION REGARDING PLAINTIFFS' MOTION
TO CLARIFY, MODIFY, OR AMEND ORDER (ECF NO. 51) GRANTING IN
PART AND DENYING IN PART JOHN DOE PLAINTIFFS' MOTION TO
PROCEED ANONYMOUSLY (ECF NO. 64)**

Pursuant to the Court's February 20, 2019 Order (ECF No. 65), the parties jointly move for an agreed order to resolve Plaintiffs' pending Motion to Clarify, Modify, or Amend Order (ECF No. 51) Granting in Part and Denying in Part John Doe Plaintiffs' Motion to Proceed Anonymously (Doc. 64) and respectfully submit the following in support:

1. On January 17, 2019, the Court issued an Order (ECF No. 51) granting in part and denying in part Plaintiffs' Motion for John Doe Plaintiffs to Proceed Anonymously. (ECF No. 49).

2. The Court's January 17, 2019 Order concluded that John Doe Plaintiffs may

proceed anonymously on the docket, and may use "John Doe 1-35" in pleadings and documents on the public record (ECF No. 51). The Court directed Plaintiffs to file, ex parte and under seal, a First Amended Complaint containing the John Doe Plaintiffs' true identities, which Plaintiffs timely did. (ECF No. 60).

3. Consistent with the nearly identical Order entered previously in Case No. 2:18-cv-00736, the Court's January 17, 2019 Order authorized disclosure of the John Doe Plaintiffs' identities to Defendant and to other legal support staff for Defendant, and to witnesses on a "need to know" basis (ECF No. 51).  The Court's January 17, 2019 Order also directed Plaintiffs to disclose the John Doe Plaintiffs' true identities to Defendant's attorneys.  Plaintiffs have not yet done so.

4. On February 14, 2019, Plaintiffs filed a Motion to Clarify, Modify, or Amend the January 17, 2019 Order (ECF No. 64).

5. Following the Status Conference held February 19, 2019, the Court entered an Order on February 20, 2019, directing the parties to "discuss the pending [Plaintiffs'] motion to clarify, modify, or amend the order granting in part and denying in part John Doe Plaintiffs' motion to proceed anonymously, ECF No. 64" and to "advise the Court whether and what issues remain for judicial resolution regarding this motion" (ECF No. 65). Pursuant to the Court's February 20, 2019 Order (ECF No. 65), the parties have agreed to a proposed order that would resolve, and obviate the current need for judicial resolution of, the issues raised in Plaintiffs' pending Motion to Clarify, Modify, or Amend Order (ECF No. 51) Granting in Part and Denying in Part John Doe Plaintiffs' Motion to Proceed Anonymously (Doc. 64), as follows:

6. Within one week of the Court entering the attached proposed Order, Plaintiffs will disclose the true identities of the thirty-five John Doe plaintiffs, and any future plaintiffs, to the

attorneys representing Defendant The Ohio State University ("Ohio State") in this case:

    (1) Michael H. Carpenter, Trial Attorney, Special Counsel, Carpenter Lipps & Leland LLP, Columbus, Ohio;

    (2) Timothy R. Bricker, Special Counsel, Carpenter Lipps & Leland LLP;

    (3) David J. Barthel, Special Counsel, Carpenter Lipps & Leland LLP;

    (4) Stephen E. Dutton, Special Counsel, Carpenter Lipps & Leland LLP.

7. The attorneys listed above in paragraph 6 may disclose the identities of the John Doe Plaintiffs, and any future plaintiffs, to (a) the immediate legal staff involved in this litigation, Case No. 18-cv-00692, and related Case No. 18-00736; (b) witnesses on a "need to know" basis; and (c) the following individuals at Ohio State:

    (1) Christopher M. Culley, Senior Vice President and General Counsel, Office of Legal Affairs, The Ohio State University;

    (2) Alexandra T. Schimmer, Associate Vice President and Deputy General Counsel, Office of Legal Affairs, The Ohio State University;

    (3) Anne Garcia, Vice President for Legal and Compliance, Office of Legal Affairs, The Ohio State University Wexner Medical Center; Senior Associate General Counsel, Office of Legal Affairs, The Ohio State University;

    (4) Paula Luna Paoletti, Senior Assistant Vice President and Senior Associate General Counsel, Office of Legal Affairs, The Ohio State University;

    (5) Mary Menkedick Ionno, Assistant Vice President & Senior Associate General Counsel, Office of Legal Affairs, The Ohio State University;

    (6) Haily Miller, Legal Fellow, The Ohio State University Wexner Medical Center;

(7) Ryan Meadows, Director of Strategic Initiatives and Special Assistant to the Senior Vice President, Office of Legal Affairs, The Ohio State University;

(8) Mark Lemmon, Paralegal, Office of Legal Affairs, The Ohio State University;

(9) Chris Glaros, Assistant Vice President for Compliance Operations and Investigations, Office of University Compliance and Integrity, The Ohio State University;

(10) Kellie Brennan, Director of Compliance and Title IX/Clery Act Coordinator, Office of University Compliance and Integrity, The Ohio State University.

8. The individuals listed above in paragraph 7 may disclose the identities of the John Doe Plaintiffs, and any future plaintiffs, to their immediate legal staff involved in this litigation, Case No. 18-cv-00692, and related case No. 18-cv-00736.

9. Ohio State does not waive, but expressly reserves, the right to identify additional individuals who have a "need to know" the identities of John Doe Plaintiffs or any future plaintiffs.

10. The parties will discuss and attempt to resolve any question as to which witnesses or additional individuals "need to know" the identities of John Doe Plaintiffs or any future plaintiffs. If the parties are unable to agree upon which witnesses or additional individuals "need to know," the parties will seek the Court's assistance.

11. All individuals to whom the identities of John Doe Plaintiffs or future plaintiffs are disclosed agree not to divulge, purposefully or inadvertently, the identities of the John Doe Plaintiffs or future plaintiffs, except as set forth above.

Respectfully submitted,

| For Plaintiffs: | For Defendant: |
|---|---|
| */s/ Simina Vourlis* | DAVID A. YOST |
| by /s/ Michael H. Carpenter | ATTORNEY GENERAL OF OHIO |
| per email authorization (3/11/19) | |
| Simina Vourlis | By:   /s/ Michael H. Carpenter |
| (Trial Attorney) #0046689 | Michael H. Carpenter (0015733) (Trial Attorney) |
| The Law Office of Simina Vourlis | Timothy R. Bricker (0061872) |
| 856 Pullman Way | David J. Barthel (0079307) |
| Columbus, OH 43212 | Stephen E. Dutton (0096064) |
| (614) 487-5900 | CARPENTER LIPPS AND LELAND LLP |
| (614) 487-5901 fax | 280 Plaza, Suite 1300 |
| svourlis@vourlislaw.com | 280 North High Street |
| | Columbus, OH 43215 |
| Rex A. Sharp | E-mail:carpenter@carpenterlipps.com |
| Ryan C. Hudson |           bricker@carpenterlipps.com |
| Scott B. Goodger |           barthel@carpenterlipps.com |
| Larkin Walsh |           dutton@carpenterlipps.com |
| Sarah T. Bradshaw | |
| REX. A. SHARP, P.A. | Special Counsel for Defendant |
| 5301 W. 75th Street | The Ohio State University |
| Prairie Village, KS 66208 | |
| (913) 901-0505 | |
| (913) 901-0419 fax | |
| rsharp@midwest-law.com | |
| rhudson@midwest-law.com | |
| sgoodger@midwest-law.com | |
| lwalsh@midwest-law.com | |
| sbradshaw@midwest-law.com | |
| | |
| Robert Allard | |
| CORSIGLIA, MCMAHON AND ALLARD, LLP | |
| 96 North Third Street, Suite 620 | |
| San Jose, CA 95112 | |
| (408) 289-1417 | |
| (408) 289-8127 fax | |
| rallard@cmalaw.net | |

Jonathan Little
SAEED AND LITTLE, LLP
133 W. Market St. #189
Indianapolis, IN 46204
317-721-9214
jon@sllawfirm.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on March 11, 2019. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Trial Attorney for
Defendant The Ohio State University