IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION

| | |
|---|---|
| Brian Garrett, <br> Edward Gonzales, <br> Kent Kilgore, <br> Adam Plouse, and <br> John Does 1-35, individually and <br> on behalf of all others similarly situated <br><br> Plaintiffs, <br> vs. <br><br> The Ohio State University, <br><br> Defendant. | Civil Case 2:18-cv-00692-MHW-EPD <br><br> Judge Michael H. Watson <br><br> Chief Magistrate Judge Elizabeth P. Deavers <br><br><br> **JURY TRIAL DEMANDED** |

**MOTION TO STRIKE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY (DOCUMENT 74)**

Plaintiffs respectfully requests that the Court strike Document 74 – Plaintiffs' Response in Opposition to Defendant's Motion to Stay Discovery - as it was filed by mistake.  Plaintiff intended to file Plaintiff's Response to Defendant The Ohio State University's Motion for an Order Pursuant to R.C. §4731.22(F)(5) Regarding State Medical Board Files (Doc. 70, but inadvertently filed the wrong document.

Respectfully submitted,

*/s/ Simina Vourlis*
Simina Vourlis
(Trial Attorney) #0046689
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

Rex A. Sharp

Ryan C. Hudson
Larkin E. Walsh
Sarah T. Bradshaw
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS  66208
913-901-0505
913-901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on May 6, 2019, on all counsel of record.

> By: */s/ Simina Vourlis*_____
> Attorney for Plaintiffs