## THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN GARRETT, et al., | ) | |
| | ) | Case No. 2:18-cv-00692 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STEVE SNYDER-HILL, et al., | ) | |
| | ) | Case No. 2:18-cv-00736 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |

## SUGGESTION OF DEATH UPON THE RECORD

The Mass Plaintiffs (Snyder-Hill, et al.), by and through counsel, suggest upon the record,

pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of John Doe 18 (case

number 2:18-cv-00736) during the pendency of this action.

Respectfully submitted,

___/s/ Scott E. Smith_____
SCOTT E. SMITH (0003749)
BRIAN R. NOETHLICH (0086933)
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Phone: 614.846.1700
Fax:    614.486.4987
E-Mail: ses@sestraillaw.com
E-Mail: brn@sestraillaw.com

_/s/ Adele P. Kimmel_
Adele P. Kimmel
(admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net


_/s/ Ilann M. Maazel_
Ilann M. Maazel
(Admitted *pro hac vice*)
Debra L. Greenberger
(Admitted *pro hac vice*)
EMERY CELLI BRINCKERHOFF
& ABADY LLP
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbalaw.com
E-Mail: dgreenberger@ecbalaw.com

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record on May 14, 2019, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

A copy of this document was also served via certified mail on the spouse of John Doe 18 on May 14, 2019, pursuant to Fed. R. Civ. P. 4(e)(1).

_/s/ Scott E. Smith_
SCOTT E. SMITH (0003749)