# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Brian Garrett, *et al.*, | |
|     Plaintiffs, | |
| v. | Civil Action 2:18-cv-692 |
| The Ohio State University, | Judge Michael H. Watson |
|     Defendant. | Magistrate Judge Deavers |

---

| | |
|---|---|
| Steve Snyder Hill, *et al.*, | |
|     Plaintiffs, | |
| v. | Civil Action 2:18-cv-736 |
| The Ohio State University, | Judge Michael H. Watson |
|     Defendant. | Magistrate Judge Deavers |

---

| | |
|---|---|
| Doe M.B., *et al.*, | |
|     Plaintiffs, | |
| v. | Civil Action 2:19-cv-1911 |
| The Ohio State University, | Judge Michael H. Watson |
|     Defendant. | Magistrate Judge Deavers |

## OPINION AND ORDER

Pursuant to Ohio Revised Code Section 4731.22(F)(5), the Court **ORDERS** The Ohio State University to provide to Judge Barrett and one representative from each Plaintiffs' counsel an unredacted version of the Perkins Coie report ("Report") for use during the Court-ordered mediation portion of this judicial proceeding. The Report shall be designated "Highly Confidential—Attorneys' Eyes Only" and shall **NOT** be filed on the docket at this time.

Additionally, for the time being, Ohio State's motions to stay discovery are **DENIED**. ECF No. 32, Case No. 2:18-cv-692; ECF No. 25, Case No. 2:18-cv-736. Nevertheless, the Court encourages the parties to focus their efforts on mediation, and any discovery pursued should be narrowly tailored for the purposes of mediation. The Court will hold a preliminary pretrial conference to establish case deadlines after the parties have exhausted their efforts at mediation.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**