United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Watson, Judge Marbley, Magistrate Judge Vascura, Magistrate Judge Deavers

**FROM:** Jodi L. Keener, Deputy Clerk

**DATE:** 6/12/2019

**SUBJECT:** Case Caption: Heifferon v. Ohio State University

**CASE:** Case Number: 2:19-cv-2429

**DISTRICT JUDGE:** Judge Marbley and Magistrate Judge Vascura

File Date: 6/10/2019

---

This memorandum is to notify you that the

√ Civil cover sheet; and √ A judge or chambers staff

requests the preparation on the above referenced case reflects the following alleged related case(s):

Case Caption: Garrett et al v. The Ohio State University

Case Number: 2:18-cv-692           District Judge: Watson

File Date: 7/16/2018                Magistrate Judge: Deavers

Member cases:
    2:18-cv-00736-MHW-EPD
    2:19-cv-02237-MHW-EPD
    2:19-cv-01911-MHW-EPD
related Cases: 2:18-cv-00712-MHW-EPD
    2:18-cv-00736-MHW-EPD

**Other possible Related Case(s):**
    2:19-cv-02237-MHW-EPD
    2:19-cv-01911-MHW-EPD

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Jodi L. Keener</u>
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   <u>Watson</u>

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____
United States District Judge Watson

_____
United States District Judge Marbley

Cc:  Courtroom Deputies

*Revised 7/19/2012*