United States District Court
Southern District of Ohio



**Related Case Memorandum**
**Civil Cases**

TO: District Judge Graham, District Judge Watson, Magistrate Judge Jolson, Magistrate Judge Deavers

FROM: Kristen Keppler , Case Administrator

DATE: June 13, 2019

SUBJECT: Case Caption: Nicholas Nutter, et al. v. The Ohio State University

CASE: Case Number: 2:19-cv-2462

DISTRICT JUDGE: Graham

File Date: June 12, 2019

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Michael Disabato, et al. v. The Ohio State University**

Case Number: **2:19-cv-2237**       District Judge: **Watson**

File Date: **May 29, 2019**       Magistrate Judge: **Deavers**

**Other Possible Related Cases:**

Lead case: 2:18-cv-00692-MHW-EPD
Member cases:
    2:18-cv-00736-MHW-EPD
    2:19-cv-02237-MHW-EPD
    2:19-cv-01911-MHW-EPD
related Cases: 2:18-cv-00692-MHW-EPD
                2:18-cv-00712-MHW-EPD
                2:18-cv-00736-MHW-EPD
                2:19-cv-01911-MHW-EPD

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    Kristen Keppler
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☐    We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge     *Watson*

☐    We agree that although the cases **are** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
**are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge:  _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*