AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| MICHAEL DISABATO AND JOHN DOES 1-36, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-02237 |
| THE OHIO STATE UNIVERSITY, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL DISABATO AND JOHN DOES 1-36,                      .

Date:     06/27/2019

/s/ Richard W. Schulte
*Attorney's signature*

Richard W. Schulte - OH Bar # 0066031
*Printed name and bar number*

Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
*Address*

rschulte@yourlegalhelp.com
*E-mail address*

(937) 435-7500
*Telephone number*

(937) 435-7511
*FAX number*