IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION

| | |
|---|---|
| Brian Garrett,<br>Edward Gonzales,<br>Kent Kilgore,<br>Adam Plouse, and<br>John Does 1-35, *individually and*<br>*on behalf of all others similarly situated*,<br><br>   Plaintiffs,<br><br>vs.<br><br>The Ohio State University,<br><br>   Defendant. | Civil Case 2:18-cv-00692-MHW-EPD |
| Steven Snyder-Hill, et al.,<br><br>   Plaintiffs,<br>vs.<br><br>The Ohio State University,<br><br>   Defendant. | Civil Case 2:18-cv-736-MHW-EPD |

### *GARRETT* AND *SNYDER-HILL* PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND EXHIBITS UNDER SEAL

The *Garrett* and *Snyder-Hill* Plaintiffs respectfully move the Court for an order allowing them to file their Motion to Compel, and its accompanying exhibits, under seal. Defendants do not oppose this motion. In support of this motion, the undersigned state the following:

1. In advance of the court-ordered mediation in this case, and in light of the Court's denial of OSU's motion to stay discovery (No. 18-602, Doc. 90), the *Garrett* and *Snyder-Hill*

1

Plaintiffs[1] sought discovery from Defendant OSU with two general aims: to better understand (1) OSU's efforts to obtain information regarding who knew what, when; and (2) the number of students exposed to serial sexual predator and longtime OSU employee, Dr. Richard Strauss.

2. To this end, on May 31, 2019, Plaintiffs propounded ten (10) interrogatories ("ROGS") and eighteen (18) requests for production of documents ("RFPs"). Plaintiffs specifically requested five (5) categories of documents be produced prior to mediation so that the parties could come to the table equipped with enough knowledge to engage in meaningful negotiations.

3. Mediation was schedule for June 15, 2019.

4. On July 1, 2019, OSU provided formal responses and objections to Plaintiffs' ROGs and RFPs, which it designated "Confidential."

5. Because the responses are improper and deficient, Plaintiffs now seek to compel responses and documents.

6. Plaintiffs disagree that the "Confidential" designation is appropriate and invite the Court to review the material filed to determine whether a confidential designation requiring sealed filings are necessary or proper.

7. Nevertheless, in accord with the designation and at the request of Defendants' Counsel to maintain the confidentiality of OSU's responses, Plaintiffs hereby move and request that they be permitted to file their Motion to Compel and supporting exhibits, which include OSU's "Confidential Responses And Objections to Plaintiffs' First Set of Limited Discovery to Defendant

---

[1] The moving Plaintiffs are Plaintiffs in the first two filed cases of what are now six related cases in this Court against the Ohio State University: *Garrett v. The Ohio State University*, 18-cv-692 (S.D. Ohio), and *Snyder-Hill v. The Ohio State University*, 18-cv-736 (S.D. Ohio) (hereinafter "Plaintiffs" or "*Garrett* and *Snyder-Hill* Plaintiffs").

OSU," under seal in accordance with S.D. Ohio Civ. R. 5.2.1. Counsel for Defendants has no objection to this request.

Wherefore, Plaintiffs respectfully move the Court for an Order granting leave to file *Garrett* and *Snyder-Hill* Plaintiffs' Motion to Compel and supporting exhibits under seal pursuant to S.D. Ohio Civ. R. 5.2.1.

Respectfully Submitted,

/s/ *Debra L. Greenberger*
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave, 10th Floor
New York, NY 10075
Phone: 212-763-5000
Fax: 212-763-5001
imaazel@ecbalaw.com
dgreenberger@ecbalaw.com

Adele P. Kimmel (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net

SCOTT E. SMITH (0003749) (Trial Attorney)
BRIAN R. NOETHLICH (0086933)
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: 614.846.1700
Fax: 614.486.4987
ses@sestriallaw.com
brn@sestriallaw.com

**COUNSEL FOR SNYDER-HILL PLAINTIFFS**

/s/ *Simina Vourlis*

3

(*by Debra L. Greenberger with email authorization*)

Simina Vourlis
(Trial Attorney) #0046689
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

Rex A. Sharp
Ryan C. Hudson
Scott B. Goodger
Larkin Walsh
Sarah T. Bradshaw
REX. A. SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

Robert Allard
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 fax
rallard@cmalaw.net

Jonathan Little
SAEED AND LITTLE, LLP
133 W. Market St. #189
Indianapolis, IN 46204
317-721-9214
jon@sllawfirm.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street

San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

Daniel R. Karon (#0069304)
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Tel.: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
(610) 421-1326
jgs@sstriallawyers.com

**COUNSEL FOR GARRETT PLAINTIFFS**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on August 19, 2019, on all counsel of record.

By: */s/ Debra Greenberger*
Attorney for Snyder-Hill Plaintiffs