UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, et al.,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-692

Judge Michael H. Watson

Magistrate Judge Deavers

---

Steve Snyder Hill, et al.,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Certain plaintiffs in these consolidated lawsuits move for the appointment of Rex Sharp, Joseph G. Sauder, and B. Robert Allard as Interim Class Counsel. Mot., ECF No. 53. Given that these cases are currently in mediation before the Honorable Michael R. Barrett, the Court **DENIES** that motion without prejudice.

Plaintiffs may renew their motion at the conclusion of mediation efforts, if desired. However, new plaintiffs with different counsel have filed new lawsuits since this motion was filed.  Accordingly, should these plaintiffs again move for appointment of Interim Class Counsel, the Court will entertain competing motions for appointment and permit all parties to respond to any renewed motion.

The Clerk shall terminate ECF No. 53 as an active motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**