United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Smith, Judge Watson and Magistrate Judge Deavers

FROM: Scott Miller, Deputy Clerk

DATE: 10/7/19

SUBJECT: Case Caption: John Doe v. The Ohio State University

CASE: Case Number: 2:19-cv-4433

DISTRICT JUDGE: Judge Smith (Magistrate Judge Deavers)

File Date: 10/4/19

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Garrett, et al. v. The Ohio State University

Case Number: 2:18-cv-692     District Judge: Watson

File Date: 7/16/18            Magistrate Judge: Deavers

**Related Case(s):**

Case Caption:

Case Number:                  District Judge:

File Date:                    Magistrate Judge:

The District Judges having conferred, we respond to Case Administrator  <u>Scott Miller</u>
as follows:

### Judges' Response:

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Watson</u>

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
*[signature: George C. Smith]*
United States District Judge

_____
*[signature: Michael H. Watson]*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012