# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN GARRETT, et al., ) | Case No. 2:18-cv-00692 |
| ) | |
| Plaintiffs, ) | Judge Michael H. Watson |
| ) | |
| v. ) | Chief Magistrate Judge Elizabeth P. |
| ) | Deavers |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF JENNIFER A.L. BATTLE
## ON BEHALF OF DEFENDANT THE OHIO STATE UNIVERSITY

Please take notice that Jennifer A.L. Battle of the law firm Carpenter Lipps & Leland LLP, 280 Plaza, Suite 1300, 280 North High Street, Columbus, Ohio 43215, hereby enters an appearance as co-counsel on behalf of defendant The Ohio State University.

          DAVID A. YOST
          ATTORNEY GENERAL OF OHIO

By:   /s/ Jennifer A.L. Battle
      Michael H. Carpenter (0015733) (Trial Attorney)
      Timothy R. Bricker (0061872)
      Jennifer A.L. Battle (0085761)
      David J. Barthel (0079307)
      Stephen E. Dutton (0096064)
      CARPENTER LIPPS AND LELAND LLP
      280 Plaza, Suite 1300
      280 North High Street
      Columbus, OH 43215
      Telephone: (614) 365-4100
      Facsimile: (614) 365-9145
      carpenter@carpenterlipps.com
      bricker@carpenterlipps.com
      battle@carpenterlipps.com
      barthel@carpenterlipps.com
      dutton@carpenterlipps.com

      Special Counsel for Defendant
      The Ohio State University

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on November 15, 2019.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

/s/ Jennifer A.L. Battle
One of the Attorneys Representing
Defendant The Ohio State University