**United States District Court**
**Southern District of Ohio**

---

**Related Case Memorandum**
**Civil Cases**

**TO:** Judge Smith, Judge Watson, Chief Magistrate Judge Deavers

**FROM:** Michelle Rahwan , Deputy Clerk

**DATE:** 11/07/2019

**SUBJECT:** Case Caption: Khalil et al v. The Ohio State University

**CASE:** Case Number: 2:19-cv-4902

**DISTRICT JUDGE:** Judge Smith/Chief Magistrate Judge Deavers

File Date: 11/07/2019

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

**Case Caption:** Garrett et al. v. The Ohio State University

| | | | |
|---|---|---|---|
| **Case Number:** 2:18-cv-0692 | **District Judge:** Watson |
| **File Date:** 07/16/2018 | **Magistrate Judge:** Deavers |

**Related Case(s):**

**Case Caption:**

| | | | |
|---|---|---|---|
| **Case Number:** | **District Judge:** |
| **File Date:** | **Magistrate Judge:** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    **Michelle Rahwan**
as follows:

**Judges' Response:**

☐     We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒     We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐     We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐     We are unable to agree and will accept any decision made by the Chief Judge.

☐     I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐     I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐     Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*