United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

| | |
|---|---|
| TO: | Judge Watson, Magistrate Judge Deavers, Magistrate Judge Vascura |
| FROM: | Eric Weitz, Deputy Clerk |
| DATE: | 10/21/2019 |
| SUBJECT: | Case Caption: Does 88-94 v. The Ohio State University |
| CASE: | Case Number: 2:19-cv-4624 |
| | Judges: Judge Watson / Magistrate Judge Vascura |
| | File Date: 10/18/2019 |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption: **Garrett et al v. The Ohio State University**

| | | | |
|---|---|---|---|
| Case Number: | **2:18-cv-692** | District Judge: | **Watson** |
| File Date: | **7/16/2018** | Magistrate Judge: | **Deavers** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator __Eric Weitz__ as follows:

**Judges' Response:**

- ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- ☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Watson__.

- ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- ☐ We are unable to agree and will accept any decision made by the Chief Judge.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases related.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases, and they shall both/all remain on my docket.

- ☐ Other Direction of Judge:

_____
_/s/ M.H. Watson_
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies