

*Scott Elliot Smith, Esq.*
Board Certified Civil Trial Advocate
By the National Board of Trial Advocacy
Also Licensed in Colorado

Scott Elliot Smith L.P.A.
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Tel: 614.846.1700/ Fax: 614.486.4987
www.sestriallaw.com

*Philip L. Judy, Esq.*

February 24, 2020

**By CM/ECF**

Judge Michael H. Watson
United States District Court
Southern District of Ohio – Eastern Division
Joseph P. Kinneary U.S. Courthouse, Room 109
85 Marconi Boulevard
Columbus, OH   43215

    Re:    *Steve Snyder-Hill, et al. v. The Ohio State University,* No. 18 Civ. 736
              *Khalil, et al. v. The Ohio State University,* No. 19 Civ. 4902
              *Garrett, et al. v. The Ohio State University*, No. 18 Civ. 692
              *Chrystal et al v. The Ohio State University*, No. 19 Civ. 5272

Your Honor:

      On behalf of the *Snyder-Hill*, *Khalil*, *Garrett* and *Chrystal* Plaintiffs, we write to inform the Court that, in our collective view, mediation has run its course.  We ask Your Honor to allow the litigation to resume.  OSU has not participated in the mediation process in good faith.  Our clients have waited too long for justice.  To represent our clients effectively, we must move forward with litigation at this point.

      As Your Honor is aware, in July 2018, we filed the *Snyder-Hill* and *Garrett* lawsuits. By January 8, 2019, OSU's motions to dismiss were fully briefed.  In a court conference on January 17, 2019, Your Honor stated: "I know the board chairman, Mike Gasser.  He's a man of his word.  He's told the victims that appeared before the board that, rest assured, the board is not dismissing you.  We're committed to doing the right thing.  And the Court intends to see that the right thing is done here." Dkt. 43.  Mike Gasser, however, resigned last May.

      In the 13 months since the Court referred the parties to mediation, and notwithstanding Plaintiffs' best efforts, OSU has refused to engage in productive settlements talks. Without revealing any of the details of the settlement process, we are highly disappointed in OSU's failure to meaningfully engage in the mediation.[1]

---

[1] To the extent the Court believes it appropriate to learn more about the mediation process, last week we sent an *ex parte* letter to Judge Barrett explaining how OSU's conduct has not been in good faith.

It is clear to Plaintiffs that OSU will not take Plaintiffs' claims seriously until OSU's statute of limitations defense is defeated in a motion to dismiss. Our clients deserve an opportunity to be heard. They have been psychologically traumatized not only by Strauss's abuse, but by OSU's ongoing indifference and betrayal.

Accordingly, we ask that the Court (i) set a schedule to permit Plaintiffs in the *Snyder-Hill* and *Garrett* cases leave to amend under Fed. R. Civ. P 15(a)(2), with OSU to respond after that amendment deadline, and (ii) set a date certain for OSU to respond to the complaints in the *Khalil* and *Chrystal* cases.

Respectfully submitted,

/s/
Scott E. Smith (0003749)
SCOTT ELLIOT SMITH, LPA
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Phone: 614-846-1700
Fax: 614-486-4987
E-mail: ses@sestriallaw.com

/s/
Ilann M. Maazel*
Debra L. Greenberger*
Marissa Benavides
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, NY 10075
Phone: 212-763-5000
Fax: 212-763-5001
E-mail: imaazel@ecbalaw.com
E-mail: dgreenberger@ecbalaw.com

*/s/*
Adele P. Kimmel*
Alexandra Z. Brodsky*
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: 202-797-8600
Fax: 202-232-7203
E-mail: akimmel@publicjustice.net

* Admitted *pro hac vice*

**COUNSEL FOR SNYDER-HILL AND KHALIL PLAINTIFFS**

/s/
Simina Vourlis
(Trial Attorney) 0046689
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
Phone: 614-487-5900
Fax: 614-487-5901 fax
Email: svourlis@vourlislaw.com

/s/
Rex A. Sharp
Ryan C. Hudson
Larkin Walsh
Sarah T. Bradshaw
SHARP BARTON, LLP.
5301 West 75th Street
Prairie Village, KS 66208
Phone: 913-901-0505
Fax: 913-901-0419
Email: rex@sharpbarton.com
Email: ryan@sharpbarton.com
Email: larkin@sharpbarton.com
Email: sarah@sharpbarton.com

Robert Allard
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
Phone: 408-289-1417
Fax: 408-289-8127
Email: rallard@cmalaw.net

Jonathan Little
SAEED AND LITTLE, LLP
133 W. Market Street, #189
Indianapolis, IN 46204
Phone: 317-721-9214
Email: jon@sllawfirm.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
Phone: 619-295-0035

Fax:  619-295-0172
Email:  steve@estey-bomberger.com

Daniel R. Karon (0069304)
KARON LLC
700 West St. Clair Avenue, Suite 200
Cleveland, OH 44113
Phone:  216.622.1851
Email:  dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
Phone:  610-200-0580
Fax:  610-421-1326
Email:  jgs@sstriallawyers.com

***COUNSEL FOR GARRETT PLAINTIFFS***

cc:   All counsel of record via CM/ECF