United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 MAY 30  PM 1:37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
### Civil Cases

**TO:** District Judge Morrison, District Judge Watson, Magistrate Judge Deavers, Magistrate Judge Vascura

**FROM:** Kristen Keppler, Case Administrator

**DATE:** March 27, 2020

**SUBJECT:** Case Caption: Anastacio Tito Vazquez Jr, et al. v. The Ohio State University

**CASE:** Case Number: 2:20-cv-1551

**DISTRICT JUDGE:** Morrison (referred to Magistrate Judge Vascura)

File Date: March 26, 2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** _____

Case Caption: **Brian Garrett, et al. v. The Ohio State University**

Case Number: **2:18-cv-692**   District Judge: **Watson**

File Date: **July 16, 2018**   Magistrate Judge: **Deavers**

**Related Case(s):** _____

Case Caption: _____

Case Number: _____   District Judge: _____

File Date: _____   Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>**Kristen Keppler**</u>
as follows:

### Judges' Response:

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   <u>Watson</u>

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

*/s/ Michael H. Watson*
United States District Judge

*/s/*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*