United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 APR -1  PM 1:28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**Related Case Memorandum**
**Civil Cases**

TO: District Judge Morrison, District Judge Watson, Magistrate Judge Deavers, Magistrate Judge Vascura

FROM: Kristen Keppler, Case Administrator

DATE: April 1, 2020

SUBJECT: Case Caption: John Does 85-88 v. The Ohio State University

CASE: Case Number: 2:20-cv-1649

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Vascura)

File Date: March 31, 2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | |
|---|---|
| Case Caption: | **Brian Garrett, et al. v. The Ohio State University** |
| Case Number: | **2:18-cv-692** District Judge: **Watson** |
| File Date: | **July 16, 2018** Magistrate Judge: **Deavers** |

**Related Case(s):**

| | |
|---|---|
| Case Caption: | |
| Case Number: | District Judge: |
| File Date: | Magistrate Judge: |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Kristen Keppler** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Judge Watson___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

s/Michael H. Watson
United States District Judge

/s/ Sarah D. Morrison
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*