# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Brian Garrett,** *et al.*,

    Plaintiffs,  Lead Action 2:18-cv-692

    v.  Judge Michael H. Watson

**The Ohio State University,**  Chief Magistrate Judge Deavers

    Defendant.

## ORDER

The Motion for a Status Conference filed by Plaintiffs in *Snyder-Hill, et al. v. The Ohio State University*, No. 2:18-cv-736; *Khalil, et al. v. The Ohio State University*, No. 2:19-cv-4902; *Garrett, et al. v. The Ohio State University*, No. 2:18-cv-692; *Chrystal, et al. v. The Ohio State University*, No. 2:19-cv-5272; and *John Does 85-88 v. The Ohio State University*, No. 2:20-cv-1648 (ECF No. 152) is **DENIED**. The parties shall brief the issues raised by the Motion on an expedited basis with Defendant's response due on May 12, 2020, and Plaintiffs' reply due on May 15, 2020. The deadline for filing Amended Complaints in these cases is stayed pending the Court's ruling on the issue raised in Plaintiffs' Motion.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**