United States District Court
Southern District of Ohio
_____

**Related Case Memorandum**
**Civil Cases**

RICHARD W. NAGEL
CLERK OF COURT

2020 AUG -3 AM 11:45

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

TO: District Judge Morrison, District Judge Watson, Magistrate Judge Deavers, Magistrate Judge Vascura

FROM: Kristen Keppler , Case Administrator

DATE: July 30, 2020

SUBJECT: Case Caption: John Does 151-166 v. The Ohio State University

CASE: Case Number: 2:20-cv-3817

DISTRICT JUDGE: Morrison (referred to Magistrate Judge Vascura)

File Date: July 29, 2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Brian Garrett, et al. v. The Ohio State University**

Case Number: **2:18-cv-692**          District Judge: **Watson**

File Date: **July 16, 2018**          Magistrate Judge: **Deavers**


**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Kristen Keppler**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____W a t s o n_____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

/s/ Sarah D. Morrison
_____
United States District Judge

/s/ Michael H. Watson
_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*