United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Sargus, Judge Watson, Magistrate Judge Deavers, and Magistrate Judge Vascura

**FROM:** Donald A. Fitzgerald III, Deputy Clerk

**DATE:** 5/17/2021

**SUBJECT:** Case Caption: Alf et al v. The Ohio State University

**CASE:** Case Number: Doc. 2:21-cv-2542 1

**DISTRICT JUDGE:** Judge Edmund A. Sargus and Magistrate Judge Chelsey M. Vascura

File Date: 5/14/2021

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Garrett et al v. The Ohio State University**

Case Number: **Doc. 2:18-cv-692 1**  District Judge: **Watson**

File Date: **7/16/2018**  Magistrate Judge: **Deavers**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Watson

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 5/17/2021
United States District Judge

*/s/ Michael H. Watson/*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*