United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Watson, Judge Watson and Magistrate Judge Deavers

FROM: Eduardo Rivera, Deputy Clerk

DATE: 7/29/2021

SUBJECT: Case Caption: Alonzo Shavers, et al. v. The Ohio State University

CASE: Case Number: 2:21-cv-2120

DISTRICT JUDGE: Judge Watson / Magistrate Judge Deavers

File Date: 4/28/2021

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Garrett, et al. v. The Ohio State University

Case Number: 2:18-cv-692   District Judge: Watson

File Date: 7/16/18   Magistrate Judge: Deavers

**Related Case(s):**

Case Caption:

Case Number:   District Judge:

File Date:   Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Scott Miller</u>
as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____

_____
*[signed] Michael H. Watson*
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*