United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO:     Judge Watson, Judge Watson and Magistrate Judge Deavers

FROM:     Eduardo Rivera , Deputy Clerk

DATE:     7/29/2021

SUBJECT:     Case Caption:   John Does 172-191, et al. v. The Ohio State University

CASE:     Case Number:   2:21-cv-2121

DISTRICT JUDGE:     Judge Watson / Magistrate Judge Deavers

    File Date:   4/28/2021

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   Garrett, et al. v. The Ohio State University

Case Number:   2:18-cv-692     District Judge:   Watson

File Date:   7/16/18     Magistrate Judge:   Deavers

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator __Eduardo Rivera__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
*[signature: M H Watson]*
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012