United States District Court
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 AUG 26 PM 1:12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## Related Case Memorandum
## Civil Cases

**TO:** District Judge Morrison, District Judge Watson, and Magistrate Judge Deavers

**FROM:** Kristen Keppler, Case Administrator

**DATE:** August 26, 2021

**SUBJECT:** Case Caption: John Doe v. The Ohio State University

**CASE:** Case Number: Doc. 2:21-cv-4254 1

**DISTRICT JUDGE:** Morrison (referred to Magistrate Judge Deavers)

File Date: August 25, 2021

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

**Case Caption:** Brian Garrett, et al. v. The Ohio State University

**Case Number:** Doc. 2:18-cv-692 1        **District Judge:** Watson

**File Date:** July 16, 2018        **Magistrate Judge:** Deavers


**Related Case(s):**

**Case Caption:**

**Case Number:**        **District Judge:**

**File Date:**        **Magistrate Judge:**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator __Kristen Keppler__ as follows:

### Judges' Response:

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Watson__

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_Michael H. Watson_
United States District Judge

_[signature]_
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012