**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Brian Garrett, *et al.*,

    vs.                     Case No. 2:18-cv-692

The Ohio State University,         **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 22, 2021 Opinion and Order, the Court GRANTS Defendant's Motion to Dismiss.

Date: **September 22, 2021**           **Richard Nagel, Clerk**

                                               s/ Jennifer Kacsor

                                         By Jennifer Kacsor/Courtroom Deputy