United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Watson, Magistrate Judge Deavers, and Magistrate Judge Vascura

FROM: Donald A. Fitzgerald III, Deputy Clerk

DATE: 9/27/2021

SUBJECT: Case Caption: Doe v. The Ohio State University

CASE: Case Number: Doc. 2:21-cv-4766 1

DISTRICT JUDGE: Judge Michael H. Watson and Magistrate Judge Chelsey M. Vascura

File Date: 9/22/2021

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Garrett et al v. The Ohio State University**

Case Number: **Doc. 2:18-cv-692 1**    District Judge: **Watson**

File Date: **7/16/2018**    Magistrate Judge: **Deavers**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator <u>Donald A. Fitzgerald III</u> as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _Watson_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☑ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012