IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION

| | |
|---|---|
| Brian Garrett, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Ohio State University,<br><br>    Defendant. | Civil Case 2:18-cv-00692-MHW-EPD<br><br><br>**CLASS ACTION** |

## NOTICE OF APPEAL

Notice is hereby given that Michael Schyck, John Antognoli, Roger Beedon, Dr. Mark Chrystal, Joel Davis, Edward Gonzales, Kent Kilgore, Adam Plouse, Daniel Ritchie, and John Does 1-2, 4-6, 8, 10-15, 17, 19, 21-25, 27, 29-33, 35-46, 48, 50-51, 53, 56-59, 61, 62, 64, 69, 75, 77, 85-86, and 88-91, individually and on behalf of all others similarly situated ("Class Plaintiffs"), in accord with Fed. R. App. P. 3 and 4(a)(1)(A) and Form 6CA-3, hereby appeal to the United States Court of Appeals for the Sixth Circuit from:

    (1) Opinion and Order Denying Plaintiffs' Motion to Recuse (Doc. 196);

    (2) Opinion and Order Granting Defendant's Motion to Dismiss (Doc. 197); and

    (3) Final Judgment (Doc. 198);

all entered on September 22, 2021, in the above-captioned case.

                                                  Respectfully Submitted,

                                                  /s/ *Simina Vourlis*
                                                  Simina Vourlis
                                                  (Trial Attorney) #0046689
                                                  The Law Office of Simina Vourlis

856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

Rex A. Sharp
Ryan C. Hudson
Larkin Walsh
Sarah T. Bradshaw
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

Robert Allard
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 fax
rallard@cmalaw.net

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

Daniel R. Karon (#0069304)
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Tel.: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue

        Berwyn, PA 19312
        (610) 200-0580
        (610) 421-1326
        jgs@sstriallawyers.com

***COUNSEL FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on October 20, 2021, on all counsel of record. Further certify that a true and correct copy was sent, UPS Next Day Air, to the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse 100 E. Fifth Street, Cincinnati, Ohio 45202-3988.

By:   */s/ Simina Vourlis*_____
       Attorney for Plaintiffs