# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 26, 2023

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 21-3972/3974/3982/4070/4128, *Garrett, et al v. The Ohio State University*
Originating Case No. : 2:18-cv-00692

Dear Clerk,

Enclosed is a copy of the mandate filed in these cases.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. David John Barthel
    Ms. Sarah Bradshaw
    Mr. Timothy Raymond Bricker
    Mr. Michael Hiram Carpenter
    Mr. Daniel Richard Karon
    Mr. Konrad Kircher
    Mr. J. C. Ratliff
    Mr. Rocky Ratliff
    Mr. Rex A. Sharp
    Mr. Adam Ivan Strychaluk
    Ms. Simina Vourlis
    Ms. Larkin E. Walsh

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3972/21-3974/21-3982/21-4070/21-4128

_____

Filed: June 26, 2023

BRIAN GARRETT [21-3972]; NICHOLAS NUTTER, et al. [21-3982]

      Plaintiffs

and

EDWARD GONZALES; JOHN ANTOGNOLI; KENT KILGORE; ROGER BEEDON; ADAM PLOUSE; DANIEL RITCHIE; MICHAEL SCHYCK; DOCTOR MARK CHRYSTAL; JOEL DAVIS; JOHN DOES, 1-2, 4-6, 8, 10-15, 17, 19, 21-25, 27, 29-33, 35-46, 48, 50-51, 53, 56-59, 61, 62, 64, 69, 75, 77, 85-86, and 88-92 individually and on behalf of all others similarly situated [21-3972]

ROCKY RATLIFF [21-3974]

ERIC SMITH; MARK COLEMAN; WILLIAM KNIGHT; JACK CAHILL; SCOTT OVERHOLT; ELMER LONG; RYAN HENRY; MICHAEL GLANE; CHRISTOPHER PERKINS; MICHAEL CALDWELL; THOMAS ROEHLIG; BRIAN ROSKOVICH; RICK MONGE; THOMAS LISY; ANASTACIO TITO VAZQUEZ, JR.; JOHN MACDONALD, JR.; MAROON MONDALEK; LEO DISABATO; PETER NATHANSON; JEFFREY LADROW; ANTHONY SENTIERI; JOHN DOE, 1-15, 17-19 [21-3982]

MICHAEL ALF; GARY TILL; ALLEN NOVAKOWSKI; CHRIS ARMSTRONG; JOHN DOES, 93-97 and 99-101 individually and on behalf of all others similarly situated [21-4070]

MICHAEL CANALES; JOHN DOE 20 [21-4128]

      Plaintiffs - Appellants

v.

THE OHIO STATE UNIVERSITY

      Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 02/15/2023 the mandate for this case hereby issues today.

COSTS:  None