# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Brian Garrett, *et al.*, | |
| Plaintiffs, | Case No. 2:18-cv-692 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Steve Snyder-Hill, *et al.*, | |
| Plaintiffs, | Case No. 2:18-cv-736 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Nicholas Nutter, *et al.*, | |
| Plaintiffs, | Case No. 2:19-cv-2462 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| Rocky Ratliff, | |
| Plaintiff, | Case No. 2:19-cv-4746 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Does 151-161, *et al.*, | |
| Plaintiffs, | Case No. 2:20-cv-3817 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Does 172-191, *et al.*, | |
| Plaintiffs, | |
| | Case No. 2:21-cv-2121 |
| v. | |
| | Judge Michael H. Watson |
| The Ohio State University | |
| | Magistrate Judge Preston Deavers |
| Defendant. | |

Case No. 2:18-cv-692  
Case No. 2:18-cv-736  
Case No. 2:19-cv-2462  
Case No. 2:19-cv-4746  
Case No. 2:20-cv-3817  
Case No. 2:21-cv-2121  
Case No. 2:21-cv-2527  
Case No. 2:21-cv-2542  
Case No. 2:21-cv-2562  
Case No. 2:21-cv-3838  
Case No. 2:23-cv-1048

| | |
|---|---|
| John Does 192-217, | |
| Plaintiffs, | Case No. 2:21-cv-2527 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |
| Michael Alf, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-2542 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |
| Michael Canales, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-2562 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

Case No. 2:18-cv-692      Case No. 2:21-cv-2527
Case No. 2:18-cv-736      Case No. 2:21-cv-2542
Case No. 2:19-cv-2462     Case No. 2:21-cv-2562
Case No. 2:19-cv-4746     Case No. 2:21-cv-3838
Case No. 2:20-cv-3817     Case No. 2:23-cv-1048
Case No. 2:21-cv-2121

| | |
|---|---|
| Timothy Moxley, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-3838 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

| | |
|---|---|
| John Doe, | |
| Plaintiff, | Case No. 2:23-cv-1048 |
| v. | Judge Michael H. Watson |
| The Ohio State University | Magistrate Judge Preston Deavers |
| Defendant. | |

## ORDER

According to the Court's records, each of the above-captioned cases (the Cases") has at least one Plaintiff who has not settled their claims. Counsel for Plaintiffs and Defendant are **ORDERED** to jointly notify the Court within **SEVEN** business days whether there are: (1) any cases not listed above that also have one or more plaintiffs who have not settled; (2) any cases listed above that have completely settled and should thus remain closed; or (3) whether the Cases

Case No. 2:18-cv-692
Case No. 2:18-cv-736
Case No. 2:19-cv-2462
Case No. 2:19-cv-4746
Case No. 2:20-cv-3817
Case No. 2:21-cv-2121
Case No. 2:21-cv-2527
Case No. 2:21-cv-2542
Case No. 2:21-cv-2562
Case No. 2:21-cv-3838
Case No. 2:23-cv-1048

accurately reflect those cases for which litigation will proceed.  Upon receiving the parties' joint notice, the Court will formally reactivate the Cases.

Moreover, the Court will hold an in-person status conference in the Cases on July 6, 2023 at 2:00 p.m.  Counsel are required to attend; the parties or their representatives may, but are not required to, attend.  Neither the parties nor counsel in any fully dismissed case need appear at the conference.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

Case No. 2:18-cv-692
Case No. 2:18-cv-736
Case No. 2:19-cv-2462
Case No. 2:19-cv-4746
Case No. 2:20-cv-3817
Case No. 2:21-cv-2121
Case No. 2:21-cv-2527
Case No. 2:21-cv-2542
Case No. 2:21-cv-2562
Case No. 2:21-cv-3838
Case No. 2:23-cv-1048