**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN GARRETT, et al., | ) | |
| | ) | Case No. 2:18-cv-00692 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JOHN DOES 151-166, | ) | |
| | ) | Case No. 2:20-cv-03817 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JOHN DOES 172-191 AND JANE DOE 1, | ) | Case No. 2:21-cv-02121 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. |
| | ) | Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JOHN DOES 192-217, | ) | |
| | ) | Case No. 2:21-cv-02527 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| | ) | |

1

## SUPPLEMENTAL NOTICE

In response to the Court's August 7, 2023, Opinion and Order, Wright & Schulte, LLC supplements its response with the following:

1. **Plaintiffs' Position On Claims Revived.**

   a. **Wright & Schulte Cases – *John Does 151-166*, Case No. 2:20-cv 03817; *John Does 172-191 and Jane Doe 1*, Case No. 2:21-cv-02121; *John Does 192-217*, Case No. 2:21-cv-02527:**

Violation of Title IX, 20 U.S.C. § 1681, et seq.

2. **Plaintiffs' Position On Title IX Theories They Are Pursuing.**

   a. **Wright & Schulte Cases – *John Does 151-166*, Case No. 2:20-cv 03817; *John Does 172-191 and Jane Doe 1*, Case No. 2:21-cv-02121; *John Does 192-217*, Case No. 2:21-cv-02527:**

Wright & Schulte Plaintiffs are pursuing pre-assault heightened risk Title IX claims against Defendant. Plaintiffs are not pursuing post-assault Title IX violations. However, Plaintiffs are concerned that the Court, through its Order, is requiring Plaintiffs to forego certain claims without the benefit of discovery and without motion practice. Plaintiffs believe that the complaints and the claims plead within should speak for themselves until there has been discovery and motion practice.

Respectfully Submitted,

/s/ *Richard W. Schulte*
**Richard W. Schulte (0066031)**
**WRIGHT & SCHULTE, LLC**
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

2

Counsel for the *Wright & Schulte, LLC* Plaintiffs (*John Does 151-166*, Case No. 2:20-cv-03817; *John Does 172-191 and Jane Doe 1*, Case No. 2:21-cv-02121; and *John Does 192-217*, Case No. 2:21-cv-02527)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on August 16, 2023.  Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel.  The parties may access this filing through the Court's ECF system.

> */s/ Richard W. Schulte*
> Richard W. Schulte
>
> Counsel for the *Wright & Schulte, LLC* Plaintiffs (*John Does 151-166*, Case No. 2:20-cv-03817; *John Does 172-191 and Jane Doe 1*, Case No. 2:21-cv-02121; and *John Does 192-217*, Case No. 2:21-cv-02527)